UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN EDWARD BARBOUR, JR.,

    Plaintiff,

v.                                        CASE NO. 3:14cv486/MCR/EMT

THOMAS R. SANTURRI,

    Defendants.
_____/

# O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 24, 2014.  (Doc. 4).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B), and the clerk is directed to enter judgment accordingly and close the file.

    **DONE AND ORDERED** this 27th day of October 2014.

                                  *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**